**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**UNITED STATES OF AMERICA**

v.  Case No. 8:05-cr-48-T-30MSS

**RAYMOND W. KRISA**

_____

## **ORDER**

This cause came on for consideration without oral argument upon Defendant's Motion to Consolidate Pending Cases for Sentencing (Dkt. #32). Upon review and consideration, it is

ORDERED AND ADJUDGED that this case is TRANSFERRED to Judge Richard Lazzara, with his consent, for purposes of sentencing. Judge Lazzara will determine whether it would be appropriate to consolidate this case with Case number 8:05-cr-7-T-26TGW.

**DONE** and **ORDERED** in Tampa, Florida on July 12, 2005.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
The Honorable Richard Lazzara
Counsel/Parties of Record

F:\Docs\2005\05-cr-48.transfer.frm